JULIUS STRAUSS, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Strauss* v. *City of New York*, 179 App. Div. 906, affirmed.

(Argued March 12, 1918; decided March 26, 1918.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 14, 1917, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury. Plaintiff's assignors entered into an agreement with the defendant whereby they granted to the city an easement for the construction and maintenance of a subway station adjacent to their premises. The grievance complained of by the plaintiff consisted in the failure of the defendant to do the work upon the station and stairway in, upon and adjacent to the plaintiff's premises between May 1 and October 1, 1906, in that it did not complete its work until February 1, 1908 — a year and four months after the time limit specified; and by this action the plaintiff sought to recover the damages resulting from this breach.

*Benjamin Reass, Hugo Hirsh* and *Emanuel Newman* for appellant.

*William P. Burr,* Corporation Counsel (*William B. Carswell* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.